# Exhibit I



**Brandeis UNIVERSITY**
Office of Equal Opportunity

February 27, 2020

**PERSONAL AND CONFIDENTIAL –** *NOT TO BE CIRCULATED*

*Delivered via email*

Undergraduate Student
Brandeis University

## NOTICE OF COMPLAINT

A report has been received by Brandeis University which alleges that you may have violated the University's *Policy Against Discrimination, Harassment and Sexual Misconduct*. The name of the individual who brought those concerns to our attention, and who is the Initiating Party in this matter, was shared with you during our telephone meeting on February 27, 2020. It has been alleged during the fall semester of 2018, while in Skyline, you engaged in kissing and oral sex with the Initiating Party without her consent, and after she said no. These allegations suggest that your behavior may constitute Non-Consensual Sexual Contact (Section III, A, 3, a, 1) and/or Non-Consensual Sexual Intercourse (Section III, A, 3, a, 3) in violation of the *Policy Against Discrimination, Harassment and Sexual Misconduct*. A copy of this policy has been shared with you via email.

The Initiating Party has chosen to pursue a Formal Resolution Process. This complaint will proceed under the process outlined in the *Policy Against Discrimination, Harassment and Sexual Misconduct* (Section IV, B). From this point forward, you should not have any contact or communication with the Initiating Party, either directly or through others.

As the Director of the Office of Equal Opportunity, I have assigned Amy Condon (amycondon@brandeis.edu 781.736.4812) to act as the Investigator in this matter. The Investigator will begin a full factual investigation into these allegations. As the Responding Party, you have the right to identify any documents or witnesses you believe may have information relevant to the allegations that have been raised. Please provide that information to the Investigator as soon as possible. You also have the option to submit a written response to the allegations outlined in this letter. Please note that any information you share with the Investigator may be shared with the Initiating Party. As part of the process, the Investigation will also include an opportunity for you and the Investigator to speak in detail regarding these allegations and to provide your viewpoint. You will also have the opportunity to submit any questions you would like to have posed to the Initiating Party.

You have the right to have an advisor/support person present at every meeting within this process. An advisor/ support person does not join in any of the conversations that are the subject of a meeting and does not speak on your behalf, but instead provides support for you solely through their presence. If you choose to have an advisor/ support person, you will need to identify who that person will be and provide the


Investigator with their contact information (email and telephone) within two (2) business days in advance of any meetings. The support person that you choose should not be someone that you plan to name as a witness in this investigation.

If you have a disability and feel you will need an accommodation during this process, please immediately contact Student Accessibility Support (SAS) (781-736-3470 or access@brandeis.edu) who will work with you to determine any reasonable accommodations in this process. Please notify the Investigator in writing of any approved accommodations regarding this process within two (2) business days in advance of any meetings.

Once the investigation has been completed, an Investigative Report will be prepared. You will be given an opportunity to review and comment on that report. You will have five (5) business days after you have been given access to the report to submit any comments in writing. Only comments to the Investigative Report that are submitted in writing to the Investigator within the five (5) day period will be considered in the process. The Initiating Party will be offered the same opportunity. After any comments have been submitted and the Investigator has addressed them, consistent with the process, the report will be finalized. The Investigative Report will then be submitted a Decision-Making Panel will consist of three University employees (staff or faculty) who will determine if the Policy has been violated based on their review of the Investigative Report and the supporting documentation. Once the determination of whether Policy was violated has been made, the matter will be referred to the Dean of Students Office who will notify the parties in writing of the final outcome, the option to appeal, and who will assign the appropriate sanctions if there is a finding of responsibility.

During our meeting on February 27, 2020, we reviewed the Privacy/Non-Retaliation Acknowledgment, a copy of which has been shared with you via email. It is important that you understand that you may not retaliate against anyone involved with these allegations or the formal resolution process in any manner, including any witnesses. This includes retaliation by you directly or through others (e.g. friends, family members, attorneys, etc.). Please consult the *Policy Against Discrimination, Harassment and Sexual Misconduct* (Section III, A, 4) and *Rights and Responsibilities* (Section 2.12) for additional information regarding the prohibition against retaliation.

Please let me know if you have any questions regarding this matter.

Sincerely,

*Sonia Jurado*

Sonia Jurado
Director, Office of Equal Opportunity
Brandeis University

Attachments


# OEO FORMAL RESOLUTION PROCESS

**INITIATING PARTY INITIATES COMPLAINT**
The Initiating Party provides a statement, either written or oral, and asks for process.

OR

**UNIVERSITY INITIATES AN ADMINISTRATIVE COMPLAINT**
The University has the option to initiate an Administrative Complaint.

**RESPONDING PARTY NOTIFIED OF COMPLAINT**
Responding Party receives written Notice of Complaint. The Responding party then has the opportunity to meet with OEO to review the Notice of Complaint and discuss Formal Resolution Process.

Responding Party has option to provide a statement and proceed with the process.

 OR

Responding Party has the option to accept the charges and proceed to question of sanctions.

**FACT-FINDING INVESTIGATION**
The OEO assigned Investigator will conduct an investigation into the allegations raised, reviewing all information deemed to be relevant by the Investigator, interviewing parties and witnesses, and reviewing documents. The Investigator then prepares an *Investigation Report*. Parties can review and comment on the report before it is finalized.

**DETERMINATION OF RESPONSIBILITY**
A Decision-Making Panel of three University employees (staff or faculty) will review the Investigative Report and the supporting documentation and determine, by a preponderance of the evidence, whether the Policy was violated

**Found Not Responsible**
Both Parties will be notified by the Dean of Students Office in writing of the final outcome.

 OR

**Found Responsible**
The matter will be referred to the **Dean of Students Office** who will assign the appropriate sanctions. Both parties will be notified in writing of the final.



**APPEAL**
(FILED WITHIN 5 BUSINESS DAYS)
Either party can appeal a panel's decision on 1) Procedural error or 2) New evidence

QUESTIONS? Contact the Office of Equal Opportunity (OEO) at 781-736-4806 / oeo@brandeis.edu



**Brandeis**
UNIVERSITY
Office of Equal Opportunity

To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Date: February 27, 2020

## PRIVACY/NON-RETALIATION ACKNOWLEDGMENT

1. I acknowledge that the Formal Resolution Process under the *Policy Against Discrimination, Harassment and Sexual Misconduct* is a private process within Brandeis University. In order to protect the integrity of the investigation, I understand that information should not be disclosed about the complaint or the pending process.

2. I understand the importance of maintaining discretion and respecting the privacy of the Formal Resolution Process. I further understand that I should not discuss any information that I have learned as a result of the pending process with anyone outside of this process. I understand that this does not limit my ability to talk with anyone who has legal confidential privilege, such as mental health counselors, advocates, attorneys, clergy members or medical care providers.

3. I understand that any information or written materials made available to me as part of the Formal Resolution Process should be considered private and should not be shared outside of this process.

4. I understand that retaliation against anyone who brings forward a complaint under the *Policy Against Discrimination, Harassment and Sexual Misconduct* or who participates in this process in anyway is strictly prohibited.

5. I acknowledge that I understand that I should not retaliate against anyone I believe is involved in this process, as it would be a violation of the *Policy Against Discrimination, Harassment and Sexual Misconduct* and/or Brandeis' *Rights and Responsibilities*. I understand that engaging in retaliatory conduct could result in disciplinary action.

6. I understand that I am protected against retaliation and should report any behavior that may be retaliatory immediately.

7. I understand that any information I may provide as part of the Formal Resolution Process will be treated as private information and will only be disclosed as necessary to others within this process.

Office of Equal Opportunity  415 South Street, Waltham, MA 02453-2728
781-736-4806  oeo@brandeis.edu