## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 1:20-cv-12162 |
| ) | |
| BRANDEIS UNIVERSITY, ) | |
| ) | |
| Defendant ) | |

### NOTICE OF ASSENT TO MOTION FOR THIRD-PARTY OUT-OF-STATE DEPOSITION TO BE TAKEN VIA ZOOM

Plaintiff John Doe ("**Plaintiff**") respectfully makes Notice upon this Court of Defendant Brandeis University's Assent to Plaintiff's motion for permission to issue third-party out-of-state deposition via Zoom (Document No. 21). Brandeis University's assent was confirmed in e-mail communications with counsel for the University on June 9, 2021.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court allow his Motion For Permission to Issue Third-Party Out-of-State Deposition Subpoena To Take Deposition Via Zoom.

Respectfully submitted,
JOHN DOE,
By his attorney,

/s/ George J. Leontire
George J. Leontire (BBO # 294270)
LEONTIRE & ASSOCIATES, P.C.
PO Box 4328
Westport, MA 02790
(855) 223-9080
george@leontirelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this 10th day of June 2021 that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ George J. Leontire
George J. Leontire, Esq.