UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>   Defendant. | Civil Action No. 20-cv-12162-AK |

## SETTLEMENT ORDER OF DISMISSAL

**A. KELLEY, D.J.**

The Court having been advised on October 11, 2023, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within thirty (30) days if settlement is not consummated.

Dated: October 12, 2023

By the Court:

/s/ Miguel A. Lara
Deputy Clerk